**Chicago Great Western Railway Company, Appellee, v. Chicago, Aurora & Elgin Railway Company, Appellant.**

**Gen. No. 46,364.** 

First District, Second Division.
February 15, 1955.
Rehearing denied March 7, 1955.
Released for publication March 7, 1955.

Friedman, Zoline & Rosenfield, for appellant; Joseph T. Zoline, and Jack H. Oppenheim, of counsel; Winston, Strawn, Black & Towner, for appellee; Edward J. Wendrow, of counsel. Opinion by JUSTICE ROBSON. **Not to be published in full.**